FILED
09/30/2025
Amy McGhee
CLERK
Missoula County District Court
STATE OF MONTANA
By: Mike Evjen
DV-32-2025-0000752-OC
Halligan, Leslie
5.00

# MONTANA FOURTH JUDICIAL DISTRICT COURT
# MISSOULA COUNTY

| | |
|---|---|
| REBECCA MURPHY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN MONTANA CLINIC,<br><br>Defendant. | Cause No.: DV-32-2025-0000752-OC<br><br>Judge: Leslie Halligan<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT** |

This matter, having come before the Court on Defendant The Western Montana Clinic's Unopposed Motion for Extension of Time to Respond to Plaintiff's Class Action Complaint ("Motion"), and for good cause shown, the Court HEREBY GRANTS the Motion and orders that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is hereby extended up to and including October 8, 2025.

Entered this 29th day of September, 2025.

_____
The Honorable Leslie Halligan