IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| REBECCA MURPHY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE WESTERN MONTANA CLINIC,<br><br>Defendant. | CV 25-162-M-WWM<br><br>ORDER GRANTING UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE |

The Court has reviewed Plaintiff's Unopposed Motion to Dismiss Without Prejudice (Doc. 16), and with good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's motion (Doc. 16) is GRANTED and that the above-entitled action is dismissed without prejudice.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 24th day of December, 2025.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE